IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANNIE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: |
| v. ) | |
| ) | CV-09-RRA-713-S |
| CITIBANK (SOUTH DAKOTA), N.A., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER OF DISMISSAL

Two stipulations of dismissal have been signed by the parties to this action and have been filed into the record. (Docs. 12, 13.) Accordingly, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this case is **DISMISSED, with prejudice,** each party to bear their own costs.

**DONE** and **ORDERED** this 27th day of October, 2009.

Robert R. Armstrong, Jr.
United States Magistrate Judge